# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWESI WHYTE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RONALD BARNES, Interim Warden,<br><br>　　　　　Respondent. | Case No. CV 12-8583 JST (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 1, 2013

_____
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE